904

No. 73-678. GALLOGLY ET AL. *v.* LARSEN. Appeal from D. C. R. I. Judgment vacated and case remanded with directions to dismiss the cause as moot. See *Sosna* v. *Iowa,* 419 U. S. 393 (1975), and *United States* v. *Munsingwear,* 340 U. S. 36 (1950).

No. 73-1248. SOUTH DAKOTA ET AL. *v.* McCAY ET AL. Appeal from D. C. S. D. Judgment vacated and case remanded with directions to dismiss the cause as moot. See *Sosna* v. *Iowa,* 419 U. S. 393 (1975), and *United States* v. *Munsingwear,* 340 U. S. 36 (1950).

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. (Louisiana Boundary Case). Exceptions to Report of Special Master set for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.* [For earlier orders herein, see, *e. g.,* 419 U. S. 990.]

No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Exceptions to Report of Special Master set for oral argument and a total of four hours allotted for that purpose. [For earlier orders herein, see, *e. g.,* 419 U. S. 1102.]

No. 73-1701. UNITED STATES *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 822.] Motion of the Solicitor General for additional time to permit the Securities and Exchange Commission to participate in oral argument as *amicus curiae* in support of appellees granted and 15 minutes allotted for that purpose. Appellant also allotted 15 additional minutes for oral argument.